Roland Whiting and James Whiting, Appellees, v. William G. Gilchrist, Jr., Appellant.

Term No. 4907.

Powless & Winters, for appellant; R. W. Harris, for appellees. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full. Opinion filed January 19, 1950; released for publication February 20, 1950.

Eugene Grant, Appellee, v. Nick Pappalas, Appellant.

Term No. 4906.